**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, ESQ. (SBN:219364)
411 Ivy Street
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

Attorneys for Defendants,
Complete Business Solutions Group, Inc. D/B/A Par Funding D/B/A Broadway Advance Funding, A Pennsylvania Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAWN'S CONCRETE, INC., a California corporation: and DAVID STRAWN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. D/B/A PAR FUNDING D/B/A BROADWAY ADVANCE FUNDING, a Pennsylvania Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. **'19CV1953 GPC RBB**<br><br>Superior Court of State of California Central Division Case No. 37-2019-00045620-CU-FR-CTL<br><br>**NOTICE OF REMOVAL**<br><br>**[28 U.S.C. §§ 1331, 1441, 1446]** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, Complete Business Solutions Group, Inc. D/B/A Par Funding D/B/A Broadway Advance Funding, a Pennsylvania Corporation, hereby removes the above-captioned action from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California and states as follows:

## STATEMENT OF THE CASE

1. On August 29, 2019, a civil proceeding was commenced by Plaintiff Strawn's Concrete, Inc., a California corporation and David Strawn, an individual (collectively "Plaintiffs") in the Superior Court of the State of California, County of San Diego, Case No. 37-2019-00045620-CU-FR-CTL (The "State Court Action").

2. On or about September 14, 2019, service of Planttiffs' Ex Parte application for a temporary restraining order was effected upon Defendant Complete Business Solutions Group, Inc. D/B/A Par Funding D/B/A Broadway Advance Funding, a Pennsylvania Corporation, putting Defendant on notice of The State Court Action.

3. The State Court Action is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C. §1332. This action may be removed by Defendant pursuant to 28 U.S.C §1441 because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Plaintiff, Strawn's Concrete, Inc. a California corporation, is a California corporation with its principal place of business in California.

5. Plaintiff, David Strawn, an individual, is a resident and citizen of the state of California.

6. Defendant, Complete Business Solutions Group, Inc. D/B/A Par Funding D/B/A Broadway Advance Funding, a Pennsylvania Corporation, is a Delaware corporation with its principal place of business in the Commonwealth of Pennsylvania.

7. On or about January 10, 2019, Defendant, Complete Business Solutions Group, Inc. D/B/A Par Funding D/B/A Broadway Advance Funding, a Pennsylvania Corporation, purchased the accounts receivables from Strawn's Concrete, Inc. As of July 12, 2019, the unpaid receivables were $211,264.29.

8. On September 9, 2019, Plaintiffs, filed an Ex Parte application to enjoin the Defendant from attempting to pursue collection efforts against the aforementioned purchased receivables.

9.     The day after Plaintiffs' filing of the above referenced application, and before service was effected against the Defendant, The Honorable, Judge Richard E.L. Strauss, Ordered the Defendant was enjoined from communicating with Plaintiff or Plaintiff's Customers directly.

10.     This notice has been filed within 30 days from the date upon which Defendants have received a copy of the initial pleading.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

## CONCLUSION

Defendant prays that the above action now pending against them in the State Court Action be removed to this Court and that this Court assume jurisdiction over the action and determine it on the merits.

Dated:  October 7, 2019

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: /s/ Matthew Podmenik
Matthew Podmenik, Esq.
Attorney for Defendants,
Complete Business Solutions Group, Inc. D/B/A Par Funding D/B/A Broadway Advance Funding, a Pennsylvania Corporation